1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
4  4100 Newport Place Drive, Ste. 800
   Newport Beach, CA  92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
7  Attorneys for Plaintiff

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MIGUEL ESPARZA, individually and on behalf of all others similarly situated, | Case No. 8:25-cv-02053-KES |
   |---|---|
   | | Assigned to Honorable Karen E. Scott |
   | Plaintiffs, | |
   | v. | **NOTICE OF SETTLEMENT (L.R. 40-2)** |
   | FREEDOM LASER THERAPY, INC., a Delaware corporation, d/b/a WWW.IRESTORELASER.COM, | |
   | | Complaint Filed: October 10, 2025 |
   | Defendants. | |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated: November 25, 2025

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.